JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>XPO LOGISTICS FREIGHT, INC.; XPO ENTERPRISE SERVICES, INC.; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | **Case No.: EDCV 19-428-GW-KKx**<br><br>[Assigned to the Honorable George H. Wu, Courtroom 9D]<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)**<br><br>State Complaint Filed: January 25, 2019 |

　　Based on the stipulation of the parties hereto, this case is dismissed with prejudice, both parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated: February 19, 2020

_____
Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

4851-2422-8533, v. 1

Case No.: 5:19-cv-00428-GW-KK　　　1　　　[PROPOSED] ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE